# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-0900

———————————————

NICKOLAS TABER, Father,

Appellant,

v.

SARAH DARDEN, Mother,

Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
Anthony B. Miller, Judge.

February 27, 2026

PER CURIAM.

AFFIRMED.

LEWIS, ROBERTS, and KELSEY, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Jerry L. Rumph, Jr., of Brooks & Rumph, Tallahassee, for Appellant.

Sarah Darden, pro se, Appellee.